UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MITCHELL JOSEPH PIERCE,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
(Stalking)

From on or about December 8, 2021 through on or about May 2, 2022, in Muskegon County, in the Southern Division of the Western District of Michigan, and elsewhere,

MITCHELL JOSEPH PIERCE,

with the intent to harass and intimidate, used an interactive computer service and an electronic communication service and other facilities of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to M.S.

While engaging in the course of conduct described above, MITCHELL JOSEPH PIERCE used one or more of the following firearms:

1. a loaded Phoenix Arms model HP22 .22 caliber pistol;
2. a HiPoint model 4095TS .40 caliber rifle; and

    3. a HiPoint model 995TS 9mm rifle.

Before MITCHELL JOSEPH PIERCE committed the offense charged in this count, he had a previous conviction under the laws of the state of Michigan for aggravated stalking, in violation of Mich. Comp. Laws § 750.411i.

18 U.S.C. § 2261A(2)(B)
18 U.S.C. § 2261(b)(3), (6)
18 U.S.C. § 2265A

## COUNT 2
(Felon in Possession of Firearms)

On or about May 2, 2022, in Muskegon County, in the Southern Division of the Western District of Michigan,

MITCHELL JOSEPH PIERCE,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed one or more of the following firearms, which were in and affecting commerce:

1. a loaded Phoenix Arms model HP22 .22 caliber pistol;

2. a HiPoint model 4095TS .40 caliber rifle; and

3. a HiPoint model 995TS 9mm rifle.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
ALEXIS M. SANFORD
Assistant United States Attorney